AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means

☑ Original

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>THE BODY OF DONOVAN PHILLIPS YOB 1968 | )<br>)<br>)<br>)  Case No.  **26mr516**<br>)<br>)<br>) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ New Mexico _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 30, 2026 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ❑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ **Laura Fashing** _____.
*(United States Magistrate Judge)*

❑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❑ for _____ days *(not to exceed 30)*   ❑ until, the facts justifying, the later specific date of _____.

Date and time issued:      **9:07 AM, Mar 16, 2026**

*Judge's signature*

City and state:   Albuquerque, New Mexico

Laura Fashing, United States Magistrate Judge
*Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>26 MR 516 | Date and time warrant executed:<br>03/26/2026 at 9:15am | Copy of warrant and inventory left with:<br>Donovan Phillips |
| Inventory made in the presence of :  SA Christopher Aranda | | |
| Inventory of the property taken and name(s) of any person(s) seized: | | |

   1.  DNA Buccal Swab from Donovan Phillips

---

**Certification**

      I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:    03/26/2026

                                              *Executing officer's signature*

                                          SA Adam Barragan

                                          *Printed name and title*

**ATTACHMENT A**

PERSON TO BE SEARCHED

Donovan Keith PHILLIPS was born on August 30, 1968. PHILLIPS has a Social Security number ending in 5304. He currently resides at an unknown residence in the City of Albuquerque. PHILLIPS can be described as a white male, about 6'2" tall, weighing approximately 121 lbs. to 140 lbs., with hazel eyes and brown hair.

PHILLIPS is pictured below:



**ATTACHMENT B**
PROPERTY TO BE SEIZED BY THE GOVERNMENT

The following material, which constitute evidence of the commission of a criminal offense,

namely violations of 18 U.S.C. §§ 1152 and 2241(c) – Aggravated Sexual Abuse:

1.  Affiant will use DNA buccal swabs to collect samples of DNA from PHILLIPS.